IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH J. MULHOLLAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA SCHOOL DISTRICT, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 25-2171 |

## ORDER

**AND NOW**, this 20th day of August 2025, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint (Doc. No. 4), Plaintiff's Response in Opposition and request for leave to amend the Second Amended Complaint (Doc. No. 5), Defendants' Reply (Doc. No. 6), the arguments of counsel for the parties at the hearing held on the record on July 14, 2025, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 4) is **GRANTED** and that Plaintiff's request for leave to amend the Second Amended Complaint (Doc. No. 5 at 12) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.